No. 435. KINNEAR-WEED CORPORATION *v.* HUMBLE OIL & REFINING CO. Motions of C. W. Kinnear for leave to file typewritten brief and supplemental brief, as *amicus curiae,* denied. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *William E. Kinnear* for petitioner. *Nelson Jones* for respondent.

No. 453. WALKER *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION ET AL. Motion to dispense with printing petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Samuel B. Stewart, Kenneth M. Johnson* and *Robert T. Shinkle* for Bank of America National Trust and Savings Association, and *Christopher M. Jenks* for Transamerica Corporation, respondents.

No. 294, Misc. SMITH *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 329, Misc. ROBINSON *v.* CULVER, CUSTODIAN OF FLORIDA STATE PRISON. Supreme Court of Florida. Certiorari denied.

No. 378, Misc. CASTRO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 200. IN RE ESTATE OF PECK ET AL. *v.* BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, *ante,* p. 826. Motion for oral argument on petition for rehearing denied. Petition for rehearing denied.